IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 23 PM 4: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

RAMA SHIVASHANKAR, ex rel, )
THE UNITED STATES OF AMERICA, )
                              )
        Plaintiffs,           )
                              )
vs.                           )    Civ. No. <u>04-2386-Ml/P-</u>
                              )
METHODIST HEALTHCARE COMMUNITY)
CARE ASSOCIATES, INC.,        )
                              )
        Defendant.            )

## ORDER AMENDING SCHEDULING ORDER

The court held a conference call on November 21, 2005, with all parties present and heard. For good cause shown, the scheduling order is amended as follows:

**COMPLETING ALL DISCOVERY**: March 20, 2006

   (a) **DOCUMENT PRODUCTION**: March 20, 2006

   (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: March 20, 2006

   (c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

      (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: January 20, 2006

      (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: February 20, 2006

      (3) **EXPERT WITNESS DEPOSITIONS**: March 20, 2006

**FILING DISPOSITIVE MOTIONS**: April 20, 2006

The district judge will notify the parties of the new trial date.

IT IS SO ORDERED.

_/s/ Tu Pham_
TU M. PHAM
United States Magistrate Judge

_December 23, 2005_
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02386 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT